DOMENICK SANTELLA AND JOSEPH DESIMONE T/A HOMESTEAD CONSTRUCTION CO., PLAINTIFFS-RESPONDENTS, v. SOPHIE WOJTON, *ETC.*, BY STANLEY GURAL, EXECUTOR, *ETC.*, DEFENDANT-PETITIONER.

*Mr. Louis J. Venezeo* for the petitioner.

*Mr. Matthew D. F. Wade* for the respondents.

August 2, 1968. Denied.

KENNETH E. STONE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FLOYD WYCKOFF, *ETC.*, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Milton Kosene* and *Mr. Herbert B. Bierman* for the petitioners.

*Mr. James R. Minogue* for the respondents.

August 14, 1968. Denied.